# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Shane D. Barber**

Debtor(s)

Case No.    **19-43209**

Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, a copy of _the Amended Pre-Confirmation Plan_ was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**14B District Court**
**Chase**
**Check N Go**
**Checksmart**
**Dish**
**Home Depot**
**Portfolio Recovery**
**Quantum3 Group LLC**
**Schneiderman & Sherman, P.C.**
**Sprint**
**State of Michigan**
**Weber & Olcese**

**/s/ William C. Babut**
**William C. Babut P41099**
**BABUT LAW OFFICES, P.L.L.C.**
**700 Towner Street**
**Ypsilanti, MI 48198**
**(734) 485-7000Fax:(734) 485-6251**
**wbabut@babutlaw.com**