**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**
Shane D. Barber
   Debtor(s).

CHAPTER 13
CASE NO. 19-43209-TJT
JUDGE: ☒ TUCKER     ☐ OXHOLM

## ORDER ADJOURNING HEARING

This matter currently scheduled for hearing on **5/23/19**, regarding
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):**

- ☐ the First Meeting of Creditors.
- ☐ a Motion to Dismiss case.     ☒ Confirmation of Plan.
- ☐ a Motion to lift stay as to Creditor _____.
- ☐ Other: _

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS ORDERED AND AGREED that:
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)**

- ☒ The above referenced matter is adjourned to **7/11/2019 @ 10:00 a.m**
- ☐ Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before _____.
- ☐ Debtor(s) shall file and serve amended _____ on or before _____.
- ☐ Debtor(s) shall attend the adjourned First Meeting of Creditors.
- ☐ Other: _.

**IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

**IT IS FURTHER ORDERED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

**IT IS FURTHER ORDERED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

**Signed on May 24, 2019**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge